# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| CHRISTIAN OATES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:24-CV-00165 RWS |
| ) | |
| RUTH ANN DICKERSON,[1] ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of petitioner's application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. The petition is defective because it was not drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions by self-represented plaintiffs or petitioners should be filed on Court-provided forms."). The Court will require petitioner to amend the petition within twenty-one (21) days of the date of this Order.

Additionally, although petitioner filed a motion to proceed in forma pauperis, he failed to sign his motion. Thus, he will be required to submit a signed motion to proceed in forma pauperis or pay the $5 filing fee within twenty-one (21) days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall change the respondent in this action to Ruth Ann Dickerson, Sheriff of Cape Girardeau County. All other respondents are **DISMISSED** from this action.

---

[1] Petitioner has named as respondents the United States and the State of Missouri. The proper respondent for a prisoner currently in custody is the state officer having custody of the applicant. *See* 28 U.S.C. § 2254, Rule 2(a). Ruth Ann Dickerson, Sheriff of Cape Girardeau County Jail, is the proper respondent.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to petitioner (1) a copy of the Court's form petition for writ of habeas corpus under 28 U.S.C. § 2241, and (2) a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that petitioner must either pay the $5 filing fee or submit the application to proceed in district court without prepaying fees or costs **within twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that petitioner shall sign both his amended petition and his application to proceed in district court without paying fees or costs prior to submitting them to this Court.

**IT IS FURTHER ORDERED** that petitioner must file an amended petition on the Court-provided form within **twenty-one (21) days** of the date of this Order.

**Failure to comply with this Order will result in the dismissal of this action without prejudice and without further notice to petitioner.**

Dated this 17th day of September, 2024.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE